UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE PEARSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ICANOTES-EHR, et al.,<br><br>　　　　　Defendants, | No. 2:20-cv-1720 KJM DB PS<br><br><br><br>ORDER |

　　　　Plaintiff Nicole Pearson is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On October 9, 2020, plaintiff's complaint was dismissed and plaintiff was granted leave to file an amended complaint within twenty-eight days. (ECF No. 3.) On October 26, 2020, plaintiff filed a request for an extension of time to file an amended complaint. (ECF No. 4.) Good cause appearing, plaintiff's request will be granted.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's October 26, 2020 motion for an extension of time (ECF No. 4) is granted; and

////

////

////

1

2. Within twenty-eight days from the date of this order, an amended complaint shall be filed that cures the defects noted in the order issued October 9, 2020.

DATED: October 30, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE