UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE PEARSON, | No. 2:20-cv-1720 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| ICANOTES-EHR, et al., | |
| Defendants, | |

Plaintiff Nicole Pearson is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On October 9, 2020, plaintiff's complaint was dismissed and plaintiff was granted leave to file an amended complaint within twenty-eight days. (ECF No. 3.) On October 30, 2020, plaintiff's request for an extension of time to file an amended complaint was granted. (ECF No. 5.) On November 23, 2020, plaintiff filed a second request for an extension of time. (ECF No. 6.) Good cause appearing, plaintiff's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's November 23, 2020 motion for an extension of time (ECF No. 6) is granted; and

////

////

1

2. Within twenty-eight days from the date of this order, an amended complaint shall be filed that cures the defects noted in the order issued October 9, 2020.

DATED: December 3, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE